UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K.S.,

        Plaintiff,                                    Case Number 14-12214

v.                                                      Honorable David M. Lawson

DETROIT PUBLIC SCHOOLS,
CHARLES PUGH, ROY ROBERTS,
ROBERT BOBB, BERRY GREER,
and MONIQUE MCMURTRY,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO RESPOND

On March 13, 2015, the plaintiff filed a second motion for extension of time to file his response to the defendants' motion to dismiss or for judgment on the pleadings. The defendants filed an answer to the motion to extend on March 17, 2015. The Court has reviewed the defendants' answer and finds that it is frivolous and unresponsive to the grounds for relief raised by the plaintiff in his motion. The Court further finds that the plaintiff has shown good cause for granting the modest relief that he seeks. The Court therefore will grant the plaintiff's motion.

Accordingly, it is **ORDERED** that the plaintiff's second motion to extend time to respond [dkt. #46] is **GRANTED**. The plaintiff must file his response to the defendants' motion to dismiss **on or before March 23, 2015**.

It is further **ORDERED** that if the defendants desire to file a reply brief in support of their motion, then they must do so **on or before March 30, 2015**. The defendants' reply, if any, shall not exceed five pages in length and must comply with all applicable court rules.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   March 17, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 17, 2015.

s/Susan Pinkowski  
SUSAN PINKOWSKI
