UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

K.S.

        Plaintiff(s),                    Case No. 14-12214

v.                                               Judge  David M. Lawson

DETROIT PUBLIC SCHOOLS, CHARLES PUGH,     Magistrate Judge
ROY ROBERTS, ROBERT BOBB, BERRY GREER

        Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __171__, filed __December 21, 2015__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Susan Pinkowski__ at __234-2660__.

DAVID J. WEAVER, CLERK OF COURT

Dated: December 21, 2015

Susan Pinkowski
Deputy Clerk